**CHERRY–BURRELL CORP. v. Daniel P. KING, Trustee of the Estate of the Davis Ice Cream Company, and W. P. Stavenger, Mortgagee.***

No. 6475.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1934.

Treadway & Marlatt, of Cleveland, Ohio, for appellant.

W. B. Heiser, of Cleveland, Ohio, and Loomis & Caris, of Ravenna, Ohio, for appellees.

PER CURIAM.

Order of District Court affirmed.

**COMMISSIONER OF INTERNAL REVENUE v. RAY OIL COMPANY.**

No. 1081.

Circuit Court of Appeals, Tenth Circuit.

April 24, 1934.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. G. Beavens, of Oklahoma City, Okl., for respondent.

*No opinion filed in court below.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed April 24, 1934, on motion of petitioner.

**COMMISSIONER OF INTERNAL REVENUE v. Charles W. STEELE.**

No. 5244.

Circuit Court of Appeals, Seventh Circuit.

May 15, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

Samuel Topliff, of Chicago, Ill., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decisions of the United States Board of Tax Appeals, entered in this cause on December 22, 1933, be, and the same is hereby, dismissed.

**4**